10 A.3d 897

Anne WILSON, Petitioner

v.

Honorable Patricia M. BACHMAN, Workers' Compensation Judge in the Captioned Matter and Honeywell, Inc. (Formerly Allied Signal Inc.), and Travelers Casualty and Surety Company, Respondents.

No. 84 EM 2010.

Supreme Court of Pennsylvania.

Sept. 24, 2010.

## ORDER

PER CURIAM.

**AND NOW**, this 24th day of September, 2010, the Petition for Extraordinary Relief is **DENIED**.